JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America,<br>    Plaintiff/Respondent, | )<br>)<br>) | Case No. **CV 09-1881-JFW**<br>**CR 05-986-JFW** |
|     v. | )<br>) | **JUDGMENT** |
| Delvin Deshawn Smith,<br>    Defendant/Petitioner. | )<br>)<br>)<br>) | |
| _____ | ) | |

Pursuant to this Court's May 12, 2009 Order denying
Petitioner Delvin Deshawn Smith's Motion to Vacate, Set
Aside, or Correct Sentence by a Person in Federal Custody, 28
U.S.C. § 2255,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND
DECREED, that the above-captioned action is dismissed with
prejudice.

The Clerk is ordered to enter this Judgment.


Dated: May 12, 2009                     _____
                                              JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE